**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Lara HOLLIS, Defendant–Appellant.**

**No. 09–30192**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2009.

Robin Samson McCoy, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lara Hollis has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hollis has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Before KING, JOLLY, and SOUTHWICK, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.